# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 FEB 29 AM 10: 14

CLERK_____
SO. DIST. OF GA.

| | | |
|---|---|---|
| ANTONIO TAVARIS BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CV411-273 |
| | ) | |
| EASTERN JUDICIAL CIRCUIT | ) | |
| OF SAVANNAH, GEORGIA, | ) | |
| OFFICE OF THE PUBLIC | ) | |
| DEFENDER, OFFICE OF | ) | |
| DISTRICT ATTORNEY, | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 29th day of Feb , 2012.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA