ANTONIO TAVARIS BROWN,

 Plaintiff,

v.

EASTERN JUDICIAL CIRCUIT
OF SAVANNAH, GEORGIA,
OFFICE OF THE PUBLIC
DEFENDER, OFFICE OF
DISTRICT ATTORNEY,

 Defendants.

Case No. CV411-273

# ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 29th day of Feb, 2012.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA